**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KELLEN AURA, TRUSTEE; ERIN AURA, TRUSTEE; CATHY D. AURA, TRUSTEE; AURA HARDWOOD LUMBER, INC. a California Corporation; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-02003-JAM-DB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS KELLEN AURA, ERIN AURA, CATHY D. AURA AND AURA HARDWOOD LUMBER, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: August 22, 2016 |

Pursuant to the parties' stipulation and good cause appearing therefore, **IT IS SO ORDERED:**

Defendants **KELLEN AURA, ERIN AURA, CATHY D. AURA AND AURA HARDWOOD LUMBER, INC.** should answer or otherwise respond to Plaintiff's Complaint on or before November 8, 2016.

Dated: 9/22/2016

　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court